CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

DAVID S. LEE (SBN 270130)
dlee@yleelaw.com
TIFFANY SEONG MIN KIM (SBN 326808)
tkim@yleelaw.com
LAW OFFICES OF YOHAN LEE
5681 Beach Boulevard, Suite 200
Buena Park, California 90621
Telephone: (714) 523-2700
Facsimile: (714) 523-7100
Attorneys for Defendant
PBY Development, INC.

**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

9/23/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>PBY DEVELOPMENT, INC., a California Corporation; and Does 1-10,<br><br>   Defendant. | Case No.: 4:21-CV-02031-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 21, 2021      CENTER FOR DISABILITY ACCESS

/s/Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: September 21, 2021      LAW OFFICES OF YOHAN LEE

By:   /s/David S. Lee
David S. Lee
Attorneys for Defendant
PBY Development, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to David S. Lee, counsel for PBY Development, INC., and that I have obtained David S. Lee authorization to affix his electronic signature to this document.

Dated: September 21, 2021        CENTER FOR DISABILITY ACCESS

                                          /s/Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff